IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOSHUA ARTHUR MORONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. 4:14-cv-00009-RC-ALM |
| | § | |
| SUNTRUST MORTGAGE, INC. AND | § | |
| PENNYMAC LOAN SERVICES, LLC, | § | |
| | § | |
| Defendants. | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Joshua Arthur Morones ("Plaintiff") and Defendant PennyMac Loan Services, LLC ("Defendant") (Plaintiff and Defendant, collectively, the "Parties"), hereby file this Joint Notice of Settlement (the "Notice") as follows:

1. The Parties hereby notify the Court that they have reached a settlement of their dispute. The Parties prepared a settlement agreement, which is fully executed. The Parties respectfully request that the deadlines and settings, and any other matters in this case, be stayed given the settlement of this dispute.

2. The Parties also ask that the Court retain jurisdiction and keep the case open until the settlement can be completed. The Parties anticipate filing a Joint Motion for Dismissal of Claims With Prejudice within 30 days.

WHEREFORE PREMISES CONSIDERED, the Parties notify the Court that they have settled their dispute in this case. They respectfully request, however, that the Court retain jurisdiction over the case and keep it open, but stay all pending deadlines, settings and other matters, until such time as the Parties can prepare and file formal dismissal papers.

**JOINT NOTICE OF SETTLEMENT —PAGE 1**

Dated: February 18, 2014.     Respectfully submitted,

/s/ *Bradley C. Knapp*
Thomas G. Yoxall
  Texas Bar No. 00785304
Bradley C. Knapp
  Texas Bar No. 24060101
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Telecopier)

ATTORNEYS FOR PENNYMAC LOAN SERVICES, LLC

/s/ *James J. Manchee (by permission)*
James J. Manchee
  Texas Bar No. 00796988
MANCHEE & MANCHEE, PC.
12221 Merit Drive
Suite 950
Dallas, Texas 75251
972-960-2240
972-233-0713 (fax)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of February, 2014, a copy of the above and foregoing was served either electronically by the Clerk of the Court or by U.S. Mail to:

James J. Manchee
Marilyn S. Altamira
Manchee & Manchee, PC
12221 Merit Drive, Suite 950
Dallas, Texas  75251
*Counsel for Plaintiff*

*/s/ Bradley C. Knapp*
Bradley C. Knapp