James J. Manchee
Manchee & Manchee, PC
12221 Merit Drive, Suite 950
Dallas, Texas 75251
(972) 960-2240 (telephone)
(972) 233-0713 (fax)

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JOSHUA ARTHUR MORONES, | § § | |
| Plaintiff, | § § | Civil Action No. 4:14-cv-00009-RC-ALM |
| VS. | § § | |
| SUNTRUST MORTGAGE, INC. and PENNYMAC LOAN SERVICES, LLC, | § § § | |
| Defendants. | § | |

### PLAINTIFF'S MOTION TO DISMISS, DEFENDANT SUNTRUST MORTGAGE, INC. WITHOUT PREJUDICE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COME NOW, Joshua Arthur Morones, Plaintiff in the above referenced proceeding ("Plaintiff"), and files his Motion to Dismiss all claims against Defendant, Suntrust Mortgage, Inc. without Prejudice and shows:

1.   Plaintiff desires to dismiss this proceeding against Suntrust Mortogage, Inc. and requests an order from the Court because Plaintiff no longer desires to pursue this matter at this time.

WHEREFORE, Joshua Arthur Morones prays that the Court grant the above motion and that the Court grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

__/s/ James J. Manchee_____
James J. Manchee
State Bar Number 00796988
Manchee & Manchee, PC
12221 Merit Drive, Suite 950
Dallas, Texas 75251
(972) 960-2240 (telephone)
(972) 233-0713 (fax)

CO-COUNSEL FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing motion was served on all attorneys of record on February 26, 2014.

/s/ James J. Manchee
JAMES J. MANCHEE