James J. Manchee
Manchee & Manchee, PC
12221 Merit Drive, Suite 950
Dallas, Texas 75251
(972) 960-2240 (telephone)
(972) 233-0713 (fax)

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JOSHUA ARTHUR MORONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 4:14-cv-00009-RC-ALM |
| VS. | § | |
| | § | |
| SUNTRUST MORTGAGE, INC. and | § | |
| PENNYMAC LOAN SERVICES, LLC, | § | |
| | § | |
| Defendants. | § | |

### JOINT MOTION FOR DISMISSAL OF CLAIMS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, Joshua Arthur Morones, ("Plaintiff") and Defendant, PennyMac Loan Services ("Defendant") (Plaintiff and Defendant, collectively "the Parties") in accordance with Federal Rules of Civil Procedure 41(a)(2), hereby file this their Joint Motion for Dismissal of Claims with Prejudice (the "Motion"), respectfully stating as follows:

The Parties have fully settled and compromised Plaintiff's claims as to Defendant asserted in the above-captioned lawsuit. In accordance with that settlement, the Parties ask the court to dismiss Plaintiff's claims asserted, or which could have been asserted, as to Defendant with prejudice to refiling the same or any portion thereof.  The Parties also ask the Court to order that the Parties, and each of

them, bear their own costs.   The Parties further request that the dismissal be final as to Defendant.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and enter an order dismissing Plaintiff's claims against Defendant with prejudice to the refiling of same, and for such other and further relief, as law or in equity, to which they show themselves entitled.

Respectfully submitted,

/s/ James J. Manchee
James J. Manchee
  Texas Bar No. 00796988
William L. Manchee
  Texas Bar No. 12891200
MANCHEE & MANCHEE, PC
12221 Merit Drive, Suite 950
Dallas, Texas  75251
(972) 960-2240 (Telephone)
(972) 233-0713 (Fax)

ATTORNEYS FOR PLAINTIFF

/s/ Bradley C. Knapp
Thomas G. Yoxall
  Texas Bar No. 00785304
Bradley C. Knapp
  Texas Bar No. 24060101
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Telecopier)

ATTORNEYS FOR DEFENDANTS