**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOSHUA ARTHUR MORONES, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 4:14cv9 |
| | § | Judge Clark/Judge Mazzant |
| SUNTRUST MORTGAGE, INC. and | § | |
| PENNYMAC LOAN SERVICES, LLC, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the court is Plaintiff's Motion to Dismiss Defendant Suntrust Mortgage, Inc. Without Prejudice [Doc. #8]. In the motion, Plaintiff moves for dismissal of all claims against Suntrust Mortgage, Inc. without prejudice.

It is **ORDERED** that Plaintiff's Motion to Dismiss Defendant Suntrust Mortgage, Inc. Without Prejudice [Doc. #8] is GRANTED. The court further **ORDERS** that all of Plaintiff's claims and causes of action against Suntrust Mortgage, Inc. are dismissed without prejudice.

The Clerk is directed to terminate Suntrust Mortgage, Inc. as a party to this case.

So **ORDERED** and **SIGNED** this **14** day of **April, 2014.**

_____
Ron Clark, United States District Judge