**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOSHUA ARTHUR MORONES, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 4:14cv9 |
| | § | Judge Clark/Judge Mazzant |
| SUNTRUST MORTGAGE, INC. and | § | |
| PENNYMAC LOAN SERVICES, LLC, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the court is the Joint Motion for Dismissal of Claims with Prejudice [Doc. #9]. In the motion, Plaintiff Joshua Arthur Morones and Defendant PennyMac Loan Services move for dismissal of all claims with prejudice.

It is **ORDERED** that the Joint Motion for Dismissal of Claims with Prejudice [Doc. #9] is **GRANTED**. The court further **ORDERS** that all claims which Plaintiff has asserted, or which could have been asserted, in this action against Defendant are dismissed with prejudice to refiling the same. All taxable costs and fees in this action shall be borne by the party incurring same.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **14** day of **April, 2014.**

*/s/ Ron Clark*
_____
Ron Clark, United States District Judge

1